

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00052-CR

| | | |
|---|---|---|
| Trimyian Barrow a/k/a Trymyian Barrow | § | From the 297th District Court |
| | § | of Tarrant County (1264798D) |
| v. | § | March 28, 2013 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM